B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>GreyStone Staffing, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>11-3088625 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>6175 Sunrise Highway<br>Massapequa, NY | ZIP Code<br>11758 | Street Address of Joint Debtor (No. and Street, City, and State): | ZIP Code |
|---|---|---|---|

| County of Residence or of the Principal Place of Business:<br>Nassau | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): | ZIP Code | Mailing Address of Joint Debtor (if different from street address): | ZIP Code |
|---|---|---|---|

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | 6175 Sunrise Highway<br>Massapequa, NY 11758 |
|---|---|

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>GreyStone Staffing, Inc. | | |
|---|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | | |
|---|---|---|---|
| Location<br>Where Filed:  Eastern District of New York | Case Number:<br>09-71715 | | Date Filed:<br>3/16/09 |
| Location<br>Where Filed: | Case Number: | | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | | |
|---|---|---|---|
| Name of Debtor:<br>GreyStone Staffing, Inc. | Case Number:<br>09-71715 | | Date Filed:<br>3/16/09 |
| District:<br>Eastern District of New York | Relationship: | | Judge:<br>Robert E. Grossman |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                 **Page 3**

| # Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | GreyStone Staffing, Inc. |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
   Signature of Debtor

**X** _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** /s/ Kenneth Reynolds
   Signature of Attorney for Debtor(s)

   Kenneth Reynolds
   Printed Name of Attorney for Debtor(s)

   McBreen & Kopko
   Firm Name

   500 North Broadway
   Jericho, NY 11753
   Address

   516-364-1095  Fax: 516-364-0612
   Telephone Number

   August  6, 2010
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Philip Missirlian
   Signature of Authorized Individual

   Philip Missirlian
   Printed Name of Authorized Individual

   CEO
   Title of Authorized Individual

   August  6, 2010
   Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of New York

In re   GreyStone Staffing, Inc.

Debtor(s)

Case No.   _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Cablevision<br>P.O. Box 360111<br>Pittsburgh, PA 15251 | Cablevision<br>P.O. Box 360111<br>Pittsburgh, PA 15251 | | | 17,470.00 |
| D&B<br>P.O. Box 75434<br>Chicago, IL 60675 | D&B<br>P.O. Box 75434<br>Chicago, IL 60675 | | | 700.00 |
| GreyStone Healthcare<br>Staffing of NY, LLC<br>6175 Sunrise Highway<br>Massapequa, NY 11758 | GreyStone Healthcare<br>Staffing of NY, LLC<br>6175 Sunrise Highway<br>Massapequa, NY 11758 | | | Unknown |
| GreyStone Healthcare<br>Staffing of NJ, LLC<br>6175 Sunrise Highway<br>Massapequa, NY 11758 | GreyStone Healthcare<br>Staffing of NJ, LLC<br>6175 Sunrise Highway<br>Massapequa, NY 11758 | | | Unknown |
| GreyStone Staffing of<br>Central Jersey, LLC<br>6175 Sunrise Highway<br>Massapequa, NY 11758 | GreyStone Staffing of<br>Central Jersey, LLC<br>6175 Sunrise Highway<br>Massapequa, NY 11758 | | | Unknown |
| Internal Revenue Service<br>11601 Roosevelt Blvd.<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service<br>11601 Roosevelt Blvd.<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | Disputed | 1,173,497.60 |
| Internal Revenue Service<br>10 Metro Tech Center<br>625 Fulton Street<br>Brooklyn, NY 11201 | Internal Revenue Service<br>10 Metro Tech Center<br>625 Fulton Street<br>Brooklyn, NY 11201 | | Disputed | 3,177,902.33<br><br>(Unknown<br>secured) |
| Karen Tenenbaum<br>225 Old Country Road<br>Melville, NY 11747 | Karen Tenenbaum<br>225 Old Country Road<br>Melville, NY 11747 | | | 27,019.00 |
| LIPA<br>P.O. Box 9039<br>Hicksville, NY 11802 | LIPA<br>P.O. Box 9039<br>Hicksville, NY 11802 | | | 2,930.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  GreyStone Staffing, Inc.                                                Case No. _____

                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| New York State Department of Taxation and Finance Bankruptcy Unit P.O. Box 5300 Albany, NY 12205-0300 | New York State Department of Taxation and Finance Bankruptcy Unit Albany, NY 12205-0300 | | Disputed | 43,696.70 |
| NYS Department of Labor Unemployment Division W Averell Harriman Campus Building 12, Room 256 Albany, NY 12240 | NYS Department of Labor Unemployment Division W Averell Harriman Campus Albany, NY 12240 | | Disputed | 56,615.85 |
| NYS Dept. of Taxation Bankruptcy Section P.O. Box 5300 Albany, NY 12205 | NYS Dept. of Taxation Bankruptcy Section P.O. Box 5300 Albany, NY 12205 | | Disputed | 224,485.57<br><br>(0.00 secured) |
| REM 136 Manetto Hill Road Plainview, NY 11803 | REM 136 Manetto Hill Road Plainview, NY 11803 | | | 5,000.00 |
| Silverman Acampora 100 Jericho Turnpike Suite 300 | Silverman Acampora 100 Jericho Turnpike Suite 300 | | | 10,906.00 |
| Vedder Price 1633 Broadway 47th Floor New York, NY 10019 | Vedder Price 1633 Broadway 47th Floor New York, NY 10019 | | | 75,000.00 |
| Xerox P.O. Box 827598 Philadelphia, PA 19182 | Xerox P.O. Box 827598 Philadelphia, PA 19182 | | | 2,100.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re  GreyStone Staffing, Inc.                                      Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date  August  6, 2010                          Signature   /s/ Philip Missirlian
                                                            Philip Missirlian
                                                            CEO

   *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Eastern District of New York

In re     GreyStone Staffing, Inc.                           ,   Case No. _____

                               Debtor

Chapter _____ 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 8 | 2,817,370.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 3,760,604.90 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 1,273,810.15 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 141,125.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| Total Assets | | | 2,817,370.00 | | |
| Total Liabilities | | | | 5,175,540.05 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

## Eastern District of New York

In re     GreyStone Staffing, Inc.                      ,     Case No. _____

                              Debtor                        Chapter _____ 11 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    GreyStone Staffing, Inc.                                                              ,    Case No. _____
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

  0    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    GreyStone Staffing, Inc.                                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Petty Cash, Massapequa | - | 150.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | TD Bank Payroll Account #: 7929994817 | - | 4,944.00 |
| | | TD Bank Operating Account #: 7929995087 | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Commercial Insurance Package, Praetorian Insurance Company Policy #: H67100079402 | - | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        5,094.00
(Total of this page)

  2   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    GreyStone Staffing, Inc.                                                    ,         Case No. _____
                                                                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable (see annexed) | - | 459,276.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        459,276.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     GreyStone Staffing, Inc.                                    ,          Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous office equipment | - | 38,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Loans due from Shareholder | - | 2,315,000.00 |

|  | Sub-Total >  | 2,353,000.00 |
|---|---|---|
|  | (Total of this page)  |  |
|  | Total >  | 2,817,370.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

AR130201D2

**Greystone**
**Summary Aged Receivables Report By Division**

Page 1

17:51:14  5 Aug 2010

| Operator Selection: | | Beginning Customer Code: | ALL | | Aging Period 1: | | 08/05/10 | Division: ALL |
|---|---|---|---|---|---|---|---|---|
| | | Ending Customer Code: | | | Aging Period 2: | | 07/05/10 | |
| | | | | | Aging Period 3: | | 06/05/10 | |
| | | Cutoff Date: | 08/05/10 | | Aging Period 4: | | 05/06/10 | * Star indicates over credit limit * |

| Div | Customer | | Telephone | SR | Current | 31-60 | 61-90 | OVER 90 | Open Amount | Crd Limit |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | 1-800 Flowers | 65474-100 | 516-237-7950 | SLA | 4,273.38 | 3,988.63 | .00 | .00 | 8,262.01 | 0 |
| 101 | A.K. Allen Co. | 242457-100 | 516-747-5450 | SLA | 627.00 | .00 | .00 | .00 | 627.00 | 2,500 |
| 101 | AAR, Aircraft Component | 121804-100 | 516-357-2789 | MDI | 2,710.40 | 274.50 | .00 | .00 | 2,984.90 | 2,500 |
| 101 | Aerodyne (Circor Aerosp | 183908-100 | 631-863-4921 | KMC | 17,165.67 | .00 | .00 | .00 | 17,165.67 | 2,500 |
| 101 | All Points Capital Corp | 10003-100 | 631-531-2801 | WKW | 770.00- | .00 | .00 | .00 | 770.00- | 2,500 |
| 101 | Alure Home Improvements | 237315-100 | 516-396-9195 | MDI | 3,040.00 | 2,821.50 | 760.00 | .00 | 6,621.50 | 2,500 |
| 101 | Atlantic Industrial Tec | 88300-100 | 631-961-8975 | KMC | 1,023.40 | .00 | .00 | .00 | 1,023.40 | 2,500 |
| 101 | BJG Electronics | 184213-100 | 631-737-1234 | KMC | 20,170.11 | .00 | .00 | .20 | 20,170.31 | 2,500 |
| 101 | Bed Bath & Beyond | 73514-100 | 631-420-7050 | KMC | 1,382.40 | .00 | .00 | .00 | 1,382.40 | 2,500 |
| 101 | Bellco Health | 33684-100 | 631-789-6300 | KMC | 2,844.45 | .00 | .00 | .00 | 2,844.45 | 0 |
| 101 | Blackman Plumbing - Hic | 232371-100 | 516-931-6144 | MDI | 2,630.00 | 800.00 | .00 | .00 | 3,430.00 | 2,500 |
| 101 | Blackman Plumbing-beth | 10002-100 | 631-823-4300 | KMC | .00 | .00 | .00 | 152.00 | 152.00 | 2,500 |
| 101 | Brookhaven Memorial Hos | 12208-100 | 631-654-7100 | WKW | 3,198.65 | 4,001.40 | 716.30 | 1,940.09- | 5,976.26 | 2,500 |
| 101 | CBC America | 15265-100 | 631-864-9700 | WKW | 798.00 | .00 | .00 | .00 | 798.00 | 2,500 |
| 101 | CWG | 239072-100 | 631-750-4663 | KMC | 2,114.10 | .00 | .00 | .00 | 2,114.10 | 0 |
| 101 | Cablevision / LI Call C | 10399-102 | 631-846-5057 | SLA | 53.83- | .00 | .00 | .00 | 53.83- | 2,500 |
| 101 | Cablevision / Rainbow M | 10399-100 | 516-803-2981 | WKW | 263.68- | .00 | .00 | 72.97 | 190.71- | 2,500 |
| 101 | Cablevision / TSG | 10399-104 | 516-803-0633 | SLA | 508.93- | .00 | .00 | 2,675.24 | 2,166.31 | 2,500 |
| 101 | Capital One | 10350-100 | 631-531-2611 | WKW | .00 | .00 | .00 | 1,231.12 | 1,231.12 | 2,500 |
| 101 | Capital One | 10350-101 | 631-548-7510 | WKW | .00 | .00 | .00 | 1,603.89- | 1,603.89- | 2,500 |
| 101 | Capital One - Call Cent | 10350-102 | 631-577-1480 | WKW | 15,803.52- | .00 | .00 | 6,978.00 | 8,825.52- | 2,500 |
| 101 | Capital One - Mortgage | 10350-109 | 631-548-3131 | WKW | .00 | .00 | .00 | 2,240.00 | 2,240.00 | 2,500 |
| 101 | Catholic Health Service | 36886-100 | 631-465-6403 | WKW | 2,549.80 | 2,157.93 | .00 | .00 | 4,707.73 | 2,500 |
| 101 | Catholic Home Care | 210431-100 | 631-465-6403 | WKW | 4,374.95 | .00 | .00 | .00 | 4,374.95 | 2,500 |
| 101 | Clinical Practice Mgmt. | 10354-100 | 631-444-4800 | WKW | 1,414.28 | .00 | .00 | .00 | 1,414.28 | 2,500 |
| 101 | Clinical Practice Mgmt. | 10354-101 | 631-444-2055 | WKW | 2,891.25 | .00 | .00 | .00 | 2,891.25 | 2,500 |
| 101 | Contour Mortgage Corpor | 252945-100 | 516-227-2500 | MDI | 794.20 | .00 | .00 | .00 | 794.20 | 2,500 |
| 101 | Corelogic Credco | 10083-100 | 516-832-3400 | MDI | 1,089.00 | .00 | .00 | .00 | 1,089.00 | 2,500 |
| 101 | Country Life | 79099-100 | 631-232-5048 | WKW | 1,782.38 | .00 | .00 | .00 | 1,782.38 | 2,500 |
| 101 | Cruse Real Estate | 142365-100 | 516-826-2100 | MDI | 1,177.94 | .00 | .00 | .00 | 1,177.94 | 2,500 |
| 101 | Department of Dermatolo | 257090-100 | 631-444-4272 | WKW | 755.25 | .00 | .00 | .00 | 755.25 | 2,500 |
| 101 | Doral Fabrics | 144837-100 | 631-694-1570 | KMC | 420.00 | 216.00 | .00 | .00 | 636.00 | 2,500 |
| 101 | Dove Electronic Compone | 187562-100 | 631-689-7733 | WKW | 3,960.00 | .00 | .00 | .00 | 3,960.00 | 2,500 |
| 101 | DriMark Products Inc. | 240708-100 | 516-484-6200 | WKW | 2,379.76 | .00 | .00 | .00 | 2,379.76 | 0 |
| 101 | Enzo Clinical Lab | 33827-100 | 631-755-5500 | KMC | 3,206.52 | 4,866.41 | .00 | .00 | 8,072.93 | 0 |
| 101 | Epilepsy Foundation | 21601-100 | 516-739-7733 | MDI | 1,069.20 | 486.00 | .00 | .00 | 1,555.20 | 2,500 |
| 101 | Estee Lauder | 10114-100 | 631-531-1444 | KMC | 904.88- | .00 | .00 | 588.00- | 1,492.88- | 2,500 |
| 101 | Faculty Student Associa | 10425-106 | 631-632-6513 | WKW | 22,516.37 | 5,601.07 | .00 | .00 | 28,117.44 | 2,500 |
| 101 | Fatwire | 134811-100 | 631-328-9473 | MDI | 146.30 | 715.83 | .00 | .00 | 862.13 | 2,500 |
| 101 | Flora Inc. | 233107-100 | 631-454-0420 | KMC | 998.75 | .00 | .00 | .00 | 998.75 | 2,500 |
| 101 | Forest Laboratories, In | 10256-107 | 631-501-5323 | WKW | 8,303.40 | .00 | .00 | .00 | 8,303.40 | 2,500 |
| 101 | Full Motion Beverage | 226888-100 | 516-586-6092 | SLA | .00 | .00 | .00 | 10,482.30 | 10,482.30 | 2,500 |
| 101 | GenServe | 149583-100 | 631-435-0437 | KMC | 896.40 | 712.80 | .00 | .00 | 1,609.20 | 2,500 |
| 101 | Goldstein Charschan Bui | 250628-100 | 516-385-0812 | KMC | 802.13 | .00 | .00 | .00 | 802.13 | 2,500 |
| 101 | Good Samaritan Hospital | 10126-100 | 631-376-3323 | KMC | 187.73- | .00 | .00 | 366.28 | 178.55 | 2,500 |
| 101 | Green Art Plumbing Supp | 164000-100 | 516-223-3660 | MDI | 1,729.00 | .00 | .00 | .00 | 1,729.00 | 2,500 |

AR130201D2

**Greystone**
**Summary Aged Receivables Report By Division**

Page 2

17:51:14  5 Aug 2010

| Operator Selection: | Beginning Customer Code: | | ALL | Aging Period 1: | 08/05/10 | Division: ALL |
|---|---|---|---|---|---|---|
| | Ending Customer Code: | | | Aging Period 2: | 07/05/10 | |
| | | | | Aging Period 3: | 06/05/10 | |
| | Cutoff Date: | 08/05/10 | | Aging Period 4: | 05/06/10 | * Star indicates over credit limit * |

| Div | Customer | | Telephone | SR | Current | 31-60 | 61-90 | OVER 90 | Open Amount | Crd Limit |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | HIP | 10155-100 | 631-844-2647 | KMC | 1,396.03- | .00 | .00 | 20,515.59 | 19,119.56 | 2,500 |
| 101 | Harmon Associates | 14009-100 | 516-997-3400 | KMC | 5,297.85 | 1,392.00 | .00 | .00 | 6,689.85 | 2,500 |
| 101 | HealthCare Partners | 94820-100 | 516-515-8814 | MDI | 298.44 | .00 | .00 | .00 | 298.44 | 2,500 |
| 101 | Heart, Diabetes & Weigh | 15841-100 | 516-222-2288 | WKW | 911.20- | .00 | 120.73 | 9,607.77 | 8,817.30 | 2,500 |
| 101 | Henry Schein | 10128-100 | 631-843-5687 | KMC | 1,265.94 | 2,078.40 | .00 | 1,474.78 | 4,819.12 | 2,500 |
| 101 | Hofstra University | 22948-100 | 516-463-6864 | MDI | 2,433.60 | .00 | .00 | .00 | 2,433.60 | 2,500 |
| 101 | IQ Navigator | 169352-100 | 303-669-1740 | KMC | 2,514.72- | .00 | .00 | 1,387.71 | 1,127.01- | 2,500 |
| 101 | Icon Labs | 24007-100 | 631-306-5589 | KMC | 2,764.13 | 1,984.13 | .10 | .00 | 4,748.36 | 2,500 |
| 101 | Korg USA Inc | 10131-100 | 631-390-6790 | KMC | .00 | 127.60 | .00 | .00 | 127.60 | 2,500 |
| 101 | LNK International | 242801-100 | 631-435-3500 | WKW | 877.50 | .00 | .00 | .00 | 877.50 | 2,500 |
| 101 | Lee Nolan Associates | 22943-100 | 516-739-1240 | MDI | 376.20 | .00 | .00 | .00 | 376.20 | 2,500 |
| 101 | Lufthansa German Airlin | 10731-100 | 516-296-9209 | MDI | 13,116.91 | 577.71 | .00 | .00 | 13,694.62 | 2,500 |
| 101 | Malatesta Paladino | 131848-100 | 718-523-5656 | MDI | 343.20 | .00 | .00 | .00 | 343.20 | 2,500 |
| 101 | Metro Door | 156934-100 | 800-669-3667 | KMC | 3,070.40 | .00 | .00 | .00 | 3,070.40 | 2,500 |
| 101 | Mini Graphics Inc. | 224913-100 | 516-223-6464 | WKW | 3,192.00 | .00 | .00 | .00 | 3,192.00 | 2,500 |
| 101 | Napoli Bern LLP | 167854-100 | 631-224-1133 | KMC | 2,677.50 | 6,131.25 | .00 | .00 | 8,808.75 | 2,500 |
| 101 | New York Blood Center | 17830-100 | 516-478-5169 | MDI | 2,619.70 | 501.40 | .00 | .00 | 3,121.10 | 2,500 |
| 101 | Norton Law Group | 238943-100 | 631-328-5040 | KMC | .00 | .00 | .00 | 616.95 | 616.95 | 2,500 |
| 101 | Nycomed | 10090-100 | 631-454-7677 | KMC | 10,141.83 | 14,481.85 | .00 | .00 | 24,623.68 | 2,500 |
| 101 | PCD | 10009-100 | 631-233-3366 | WKW | 16,800.91 | .00 | .00 | .00 | 16,800.91 | 2,500 |
| 101 | PCD | 10009-101 | 631-233-3343 | WKW | 2,395.78 | .00 | .00 | .00 | 2,395.78 | 2,500 |
| 101 | Pacer International | 187985-100 | 516-616-2431 | WKW | .00 | .00 | .00 | 105.60 | 105.60 | 2,500 |
| 101 | Peninsula Counseling Ce | 46707-100 | 516-569-6600 | MDI | 3,037.60 | 125.95 | .00 | .00 | 3,163.55 | 2,500 |
| 101 | Polar Electro Inc. | 18102-100 | 516-364-0400 | WKW | 1,495.80 | .00 | 85.00 | .00 | 1,580.80 | 2,500 |
| 101 | Port Washington Teacher | 224523-100 | 516-238-3850 | WKW | 691.60 | .00 | .00 | .00 | 691.60 | 2,500 |
| 101 | Premier (a Hawkeye Comp | 79507-102 | 800-262-8600 | WKW | 8,431.26 | .00 | .00 | .00 | 8,431.26 | 2,500 |
| 101 | Sandata Technologies LL | 10240-100 | 516-484-4400 | WKW | 6,516.05 | .00 | .00 | .00 | 6,516.05 | 2,500 |
| 101 | South Nassau Communitie | 10015-101 | 516-632-4824 | KMC | 699.30 | 2,537.46 | .00 | 361.78 | 3,598.54 | 2,500 |
| 101 | Sperry Federal Credit U | 151797-100 | 516-873-7171 | MDI | 2,269.85 | .00 | .00 | .00 | 2,269.85 | 2,500 |
| 101 | St. Francis Hospital | 10248-100 | 516-705-6569 | KMC | 4,092.15 | .00 | .00 | 783.75 | 4,875.90 | 2,500 |
| 101 | Stanley Convergent Secu | 51102-100 | 516-358-4901 | WKW | 5,653.90 | 1,785.00 | .00 | .00 | 7,438.90 | 2,500 |
| 101 | Stony Brook Neurology | 198362-100 | 631-444-8462 | WKW | 2,778.75 | 1,852.50 | .00 | .00 | 4,631.25 | 2,500 |
| 101 | Stony Brook Neurology - | 115832-101 | 631-444-1974 | WKW | 2,784.93 | .00 | .00 | .00 | 2,784.93 | 2,500 |
| 101 | Stony Brook Surgery | 10425-100 | 631-444-8140 | WKW | 302.50- | 2,672.50 | .00 | 490.00 | 2,860.00 | 2,500 |
| 101 | Stony Brook University | 10425-102 | 631-632-1129 | WKW | 1,920.00 | .00 | .00 | 60.00 | 1,980.00 | 2,500 |
| 101 | Sulzer Metco | 10246-100 | 516-338-2560 | MDI | 1,260.00 | .00 | .00 | .00 | 1,260.00 | 2,500 |
| 101 | Swiss Int'l Air Lines L | 236933-100 | 516-296-9577 | SLA | 1,075.20 | .00 | .00 | .00 | 1,075.20 | 2,500 |
| 101 | TRITEC Building Company | 172129-100 | 631-706-4101 | WKW | 2,555.03 | .00 | .00 | .00 | 2,555.03 | 2,500 |
| 101 | Tower Group Companies | 50880-100 | 631-465-1302 | WKW | 16,225.48 | .00 | .00 | .00 | 16,225.48 | 2,500 |
| 101 | UFCW Local 342 | 242209-100 | 516-824-3606 | MDI | 13,429.92 | 7,760.55 | .00 | .00 | 21,190.47 | 0 |
| 101 | Veeco Instruments Inc. | 26928-100 | 516-349-8300 | MDI | 2,850.00 | .00 | .00 | .00 | 2,850.00 | 2,500 |
| 101 | Weight Watchers | 10249-100 | 516-390-1400 | KMC | 9,332.68 | 622.91 | .00 | .50 | 9,956.09 | 2,500 |
| 101 | Winthrop University Hos | 11044-101 | 516-663-4905 | MDI | 4,574.08 | 9,038.84 | 6,939.64 | 1,243.88 | 21,796.44 | 2,500 |
| | **Total For Division :101** | | | | **260,962.89** | **80,312.12** | **8,621.77** | **56,714.44** | **406,611.22** | |

AR130201D2

**Greystone**
**Summary Aged Receivables Report By Division**

Page 3

17:51:14  5 Aug 2010

| Operator Selection: | Beginning Customer Code: | ALL | Aging Period 1: | 08/05/10 | Division: ALL |
| | Ending Customer Code: | | Aging Period 2: | 07/05/10 | |
| | | | Aging Period 3: | 06/05/10 | |
| | Cutoff Date: | 08/05/10 | Aging Period 4: | 05/06/10 | * Star indicates over credit limit * |

| Div | Customer | | Telephone | SR | Current | 31-60 | 61-90 | OVER 90 | Open Amount | Crd Limit |
|-----|----------|--|-----------|----|---------|-------|-------|---------|-------------|-----------|
| 105 | Del Laboratories (Coty) | 13283-101 | 212-389-6917 | LAS | 6,944.00- | .00 | .00 | 2,560.00 | 4,384.00- | 2,500 |
| **Total For Division :105** | | | | | **6,944.00-** | **.00** | **.00** | **2,560.00** | **4,384.00-** | |

AR130201D2

**Greystone**
**Summary Aged Receivables Report By Division**

Page 5

17:51:14  5 Aug 2010

| Operator Selection: | | Beginning Customer Code: | | **ALL** | | Aging Period 1: | | **08/05/10** | | **Division: ALL** | |
| | | Ending Customer Code: | | | | Aging Period 2: | | **07/05/10** | | | |
| | | | | | | Aging Period 3: | | **06/05/10** | | | |
| | | Cutoff Date: | | **08/05/10** | | Aging Period 4: | | **05/06/10** | | * Star indicates over credit limit * | |

| Div | Customer | Telephone | SR | Current | 31-60 | 61-90 | OVER 90 | Open Amount | Crd Limit |
|-----|----------|-----------|-----|---------|-------|-------|---------|-------------|-----------|
| 185 | Cablevision - Bronx | 10399-111 | 347-293-4295 | HLM | 8.03- | .00 | .00 | 927.68- | 935.71- | 2,500 |
| 185 | FERRARI NORTH AMERICA I | 256914-100 | 201-816-2606 | LNP | 637.76 | .00 | .00 | .00 | 637.76 | 2,500 |
| 185 | HF Management Services, | 137942-100 | 212-801-1478 | LNP | 13,341.23 | .00 | .00 | .00 | 13,341.23 | 2,500 |
| 185 | IQ NAVIGATOR | 169378-100 | 303-563-1468 | LNP | .00 | .00 | .00 | 331.21 | 331.21 | 2,500 |
| 185 | Innovation for Poverty | 243755-100 | 203-772-2216 | LNP | 1,133.00 | .00 | .00 | .00 | 1,133.00 | 2,500 |
| 185 | Rainbow Media Holdings | 10399-125 | 646-273-3695 | LNP | 7,597.15 | 1,131.79 | .00 | 5,090.00 | 13,818.94 | 2,500 |
| 185 | Tower Group Companies | 150951-100 | 212-739-9357 | LNP | 15,830.19 | 12,100.14 | .00 | .00 | 27,930.33 | 2,500 |

**Total For Division :185**  38,531.30  13,231.93  .00  4,493.53  56,256.76

AR130201D2

**Greystone**
**Summary Aged Receivables Report By Division**

| Operator Selection: | Beginning Customer Code: | ALL | | Aging Period 1: | 08/05/10 | Division: ALL |
| | Ending Customer Code: | | | Aging Period 2: | 07/05/10 | |
| | | | | Aging Period 3: | 06/05/10 | |
| | Cutoff Date: | 08/05/10 | | Aging Period 4: | 05/06/10 | * Star indicates over credit limit * |

| Div | Customer | Telephone | | SR | Current | 31-60 | 61-90 | OVER 90 | Open Amount | Crd Limit |
|-----|----------|-----------|--|----|---------|-------|-------|---------|-------------|-----------|
| 201 | IQ Navigator | 75437-100 | 303-563-1468 | LNP | .00 | .00 | .00 | 658.13 | 658.13 | 2,500 |
| 201 | Manpower c/o Labcorp | 66290-100 | 414-906-6863 | COS | .00 | .00 | .00 | 133.50 | 133.50 | 2,500 |
| **Total For Division :201** | | | | | **.00** | **.00** | **.00** | **791.63** | **791.63** | |
| | | | Grand Totals : | | 354,294.55 | 155,204.08 | 25,636.32 | 92,690.86 | 627,825.81 | |

B6D (Official Form 6D) (12/07)

In re    GreyStone Staffing, Inc.    Case No. _____
_____,
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Internal Revenue Service 10 Metro Tech Center 625 Fulton Street Brooklyn, NY 11201 | | - | | | | X | | |
| | | | Value $          Unknown | | | | 3,177,902.33 | 923,057.18 |
| Account No. | | | | | | | | |
| NYS Dept. of Taxation Bankruptcy Section P.O. Box 5300 Albany, NY 12205 | | - | | | | X | | |
| | | | Value $          0.00 | | | | 224,485.57 | 9,534.24 |
| Account No. | | | | | | | | |
| Prestige Capital Corp. 400 Kelby Street 14th Floor Fort Lee, NJ 07024 | | - | | | | | | |
| | | | Value $          Unknown | | | | 358,217.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

|  | | |
|---|---|---|
|   0   continuation sheets attached | Subtotal (Total of this page) | 3,760,604.90 | 932,591.42 |
| | Total (Report on Summary of Schedules) | 3,760,604.90 | 932,591.42 |

B6E (Official Form 6E) (4/10)

In re    GreyStone Staffing, Inc.                                          ,        Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                    1     continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                         Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    GreyStone Staffing, Inc. _____ ,    Case No. _____
                          **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | | |
| Account No. | | | | | | | | | | | |
| Internal Revenue Service 11601 Roosevelt Blvd. P.O. Box 21126 Philadelphia, PA 19114 | - | | | | | | | X | 1,173,497.60 | 0.00 1,173,497.60 | |
| Account No. | | | | | | | | | | | |
| New York State Department of Taxation and Finance Bankruptcy Unit P.O. Box 5300 Albany, NY 12205-0300 | - | | | | | | | X | 43,696.70 | 0.00 43,696.70 | |
| Account No. | | | | | | | | | | | |
| NYS Department of Labor Unemployment Division W Averell Harriman Campus Building 12, Room 256 Albany, NY 12240 | - | | | | | | | X | 56,615.85 | 0.00 56,615.85 | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |

Sheet __1__ of __1__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 1,273,810.15 | 1,273,810.15 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 1,273,810.15 | 1,273,810.15 |

B6F (Official Form 6F) (12/07)

In re    GreyStone Staffing, Inc.                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Cablevision<br>P.O. Box 360111<br>Pittsburgh, PA 15251 | | - | | | | | | | 17,470.00 |
| Account No.<br><br>D&B<br>P.O. Box 75434<br>Chicago, IL 60675 | | - | | | | | | | 700.00 |
| Account No.<br><br>GreyStone Healthcare<br>Staffing of NY, LLC<br>6175 Sunrise Highway<br>Massapequa, NY 11758 | | - | | | | | | | Unknown |
| Account No.<br><br>GreyStone Healthcare<br>Staffing of NJ, LLC<br>6175 Sunrise Highway<br>Massapequa, NY 11758 | | - | | | | | | | Unknown |

___2___  continuation sheets attached

Subtotal
(Total of this page)    18,170.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    GreyStone Staffing, Inc.                                    ,    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. | | | | | | | |
| GreyStone Staffing of Central Jersey, LLC 6175 Sunrise Highway Massapequa, NY 11758 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| Karen Tenenbaum 225 Old Country Road Melville, NY 11747 | - | | | | | | 27,019.00 |
| Account No. | | | | | | | |
| LIPA P.O. Box 9039 Hicksville, NY 11802 | - | | | | | | 2,930.00 |
| Account No. | | | | | | | |
| REM 136 Manetto Hill Road Plainview, NY 11803 | - | | | | | | 5,000.00 |
| Account No. | | | | | | | |
| Silverman Acampora 100 Jericho Turnpike Suite 300 | - | | | | | | 10,906.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of          Subtotal                | 45,855.00 |
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    GreyStone Staffing, Inc.                                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Vedder Price 1633 Broadway 47th Floor New York, NY 10019 | | - | | | | | 75,000.00 |
| Account No. | | | | | | | |
| Xerox P.O. Box 827598 Philadelphia, PA 19182 | | - | | | | | 2,100.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. _2_ of _2_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 77,100.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 141,125.00 |

B6G (Official Form 6G) (12/07)

In re    GreyStone Staffing, Inc.                                ,     Case No. _____

                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Filter Fresh, Inc.<br>100-R E. Jefryn Blvd.<br>Deer Park, NY 11729 | Lease for coffee machine, $96.68 Per month (open ended) |
| Heldma Group, LLC<br>6175 Sunrise Highway<br>Massapequa, NY 11758 | GreyStone Personnel, LLC Commercial lease for office at 6175 Sunrise Highway, Massapequa, New York |
| Micro Office<br>Solutions 2, LLC<br>1375 Broadway, 11th Floor<br>New York, NY 10018 | GreyStone Personnel, LLC Commercial lease for office at 1375 Broadway, New York, New York. $4,356.16 per month, lease expires 4/30/2009. Renewed lease for 6 months at $1,750.00 per month |
| Pitney Bowes<br>P.O. Box 856460<br>Louisville, KY 40285 | Lease for postage machine. $481.40 Per quarter, NY (Open ended), $310.72 Per quarter, NJ & NYC (Open ended) |
| Xerox<br>P.O. Box 827598<br>Philadelphia, PA 19182 | Lease for photocopying machines, $251.54 Per month, NY  (59 months left), $228.25 Per month, NJ (59 months left) |

   0
____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                 Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    GreyStone Staffing, Inc.                                        ,    Case No. _____
                                                                Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| GreyStone Healthcare Staffing of NY, LLC 6175 Sunrise Highway Massapequa, NY 11758 | Prestige Capital Corp. 400 Kelby Street 14th Floor Fort Lee, NJ 07024 |
| GreyStone Healthcare Staffing of Central Jerse 6175 Sunrise Highway Massapequa, NY 11758 | Prestige Capital Corp. 400 Kelby Street 14th Street Fort Lee, NJ 07024 |
| GreyStone Staffing of Central Jersey, LLC 6175 Sunrise Highway Massapequa, NY 11758 | Prestige Capital Corp. 400 Kelby Street 14th Floor Fort Lee, NJ 07024 |

0
_____ continuation sheets attached to Schedule of Codebtors

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Eastern District of New York

In re   GreyStone Staffing, Inc.                                                     Case No. _____

                                          Debtor(s)              Chapter        11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___19___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   August  6, 2010                          Signature   /s/ Philip Missirlian _____

                                                          Philip Missirlian
                                                          CEO

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Eastern District of New York

In re    GreyStone Staffing, Inc.                                      Case No. _____

                                       Debtor(s)              Chapter     11

# STATEMENT OF FINANCIAL AFFAIRS

         This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

         Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

         *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

         *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $8,201,473.00 | 2008 Income |
| $5,386,931.00 | 2009 Income |
| $2,981,428.00 | Year to date 2010 Income |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

         AMOUNT                        SOURCE

### 3. Payments to creditors

**None**
☑

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**None**
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| SEE ANNEXED LIST | | $0.00 | $0.00 |

**None**
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| SEE ANNEXED LIST | | $0.00 | $0.00 |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☑

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|

**None**
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

˚ Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

### 5.  Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| McBreen & Kopko 500 North Broadway, Suite 129 Jericho, NY 11753 | August, 2010 | $10,000.00 |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                                    NAME USED                                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT             NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT             NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                         DOCKET NUMBER                         STATUS OR DISPOSITION

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Raphael P. Greenspan, CPA | 2004 to Present |
| 393 Old Country Road | |
| Carle Place, NY 11514 | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Philip Missirlian 1312 Court North Drive Melville, NY 11747 | CEO/President | 100% |

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   August 6, 2010                       Signature    /s/ Philip Missirlian

                                                                    Philip Missirlian
                                                                     CEO

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

AP170200

**Greystone New York**
**Check Register**

Page 1

18:00:42  5 Aug 2010

| Operator Selection: | Beginning Cash Account: | ALL | Ending Cash Account: | |
|---|---|---|---|---|
| | Beginning Check Number: | ALL | Ending Check Number: | |
| | Beginning Check Date: | 05/05/10 | Ending Check Date: | 08/05/10 |

| Cash Account | | Check Number | Check Amount | Check Date | Vendor Code | Payee |
|---|---|---|---|---|---|---|
| 1062-01-01 | Cash-Commerce-OP-DIP | 0524M | 24,539.61 | 05/24/10 | AM EX BLACK | American Express Black |
| | Cash-Commerce-OP-DIP | 1119M | 1,060.00 | 05/10/10 | PETTY CASH | Petty Cash |
| | Cash-Commerce-OP-DIP | 1121M | 190.00 | 05/13/10 | PETTY CASH | Petty Cash |
| | Cash-Commerce-OP-DIP | 1122M | 1,540.00 | 05/19/10 | CASH | CASH |
| | Cash-Commerce-OP-DIP | 1125M | 2,500.00 | 05/27/10 | MISSIRLIAN P | Phil Missirlian |
| | Cash-Commerce-OP-DIP | 1126M | 2,008.70 | 05/28/10 | HARTFORD | The Hartford Group Benefits Dept |
| | Cash-Commerce-OP-DIP | 1130M | 260.00 | 06/10/10 | BATTERSBY K | Kevin Battersby |
| | Cash-Commerce-OP-DIP | 1131M | 400.00 | 06/10/10 | PETTY CASH | Petty Cash |
| | Cash-Commerce-OP-DIP | 1132M | 150.00 | 06/10/10 | US TREASURY | US Treasury |
| | Cash-Commerce-OP-DIP | 1134M | 324.00 | 06/14/10 | SIEGEL AL | Allen Siegel |
| | Cash-Commerce-OP-DIP | 1139M | 335.00 | 07/08/10 | PETTY CASH | Petty Cash |
| | Cash-Commerce-OP-DIP | 1140M | 1,540.00 | 07/16/10 | PETTY CASH | Petty Cash |
| | Cash-Commerce-OP-DIP | 1154M | 20.13 | 06/11/10 | BELLEZZA LEO | Leonard Bellezza |
| | Cash-Commerce-OP-DIP | 226cM | .00 | 06/03/10 | STATE INS | New York State Insurance Fund |
| | Cash-Commerce-OP-DIP | 227CM | .00 | 06/03/10 | FRIEDMAN | Jack Friedman |
| | Cash-Commerce-OP-DIP | 228CM | .00 | 06/03/10 | STATE FARM | State Farm Ins |
| | Cash-Commerce-OP-DIP | 050710M | 11,123.68 | 05/07/10 | OXFORD | Oxford Health Plans |
| | Cash-Commerce-OP-DIP | 052710M | 10,370.03 | 05/27/10 | AM EX IT | American Express IT |
| | Cash-Commerce-OP-DIP | C229CM | .00 | 07/22/10 | ELM | Elm Air Conditioning Corp |
| | Cash-Commerce-OP-DIP | M1118M | 1,895.00 | 05/05/10 | PETTY CASH | Petty Cash |
| | Cash-Commerce-OP-DIP | 501045 | 44.27 | 05/05/10 | LANZO MIC | Michael Lanzo, Trustee |
| | Cash-Commerce-OP-DIP | 501046 | 220.00 | 05/05/10 | YASSO MIC | Michael Yasso |
| | Cash-Commerce-OP-DIP | 501047 | 63.00 | 05/05/10 | NEW YORK SCU | NYSPC |
| | Cash-Commerce-OP-DIP | 501048 | 1,852.50 | 05/05/10 | PROS R US | Pros R Us LTD |
| | Cash-Commerce-OP-DIP | 501049 | 35.36 | 05/05/10 | SHERIFF | Sheriff of Nassau County |
| | Cash-Commerce-OP-DIP | 501050 | 79.74 | 05/06/10 | TRIQUET | Gemma Triquet |
| | Cash-Commerce-OP-DIP | 501051 | 34.80 | 05/06/10 | BOROWSKI KAT | Kathryn Borowski |
| | Cash-Commerce-OP-DIP | 501052 | 15.59 | 05/06/10 | LIPA | LIPA |
| | Cash-Commerce-OP-DIP | 501053 | 1,560.54 | 05/06/10 | LIPA | LIPA |
| | Cash-Commerce-OP-DIP | 501054 | 361.69 | 05/06/10 | LIPA | LIPA |
| | Cash-Commerce-OP-DIP | 501055 | 1,039.83 | 05/06/10 | GIUDICE MAR | Maria Giudice |
| | Cash-Commerce-OP-DIP | 501056 | 332.60 | 05/06/10 | KEYSPAN | National Grid |
| | Cash-Commerce-OP-DIP | 501057 | 5,000.00 | 05/06/10 | SANNA | Sanna Mattson MacLeod, Inc |
| | Cash-Commerce-OP-DIP | 501058 | 193.79 | 05/06/10 | ARMSTRONG ST | Stacie Armstrong |
| | Cash-Commerce-OP-DIP | 501059 | 1,113.25 | 05/06/10 | STATE FARM | State Farm Ins |
| | Cash-Commerce-OP-DIP | 501060 | 44.27 | 05/12/10 | LANZO MIC | Michael Lanzo, Trustee |
| | Cash-Commerce-OP-DIP | 501061 | 220.00 | 05/12/10 | YASSO MIC | Michael Yasso |
| | Cash-Commerce-OP-DIP | 501062 | 63.00 | 05/12/10 | NEW YORK SCU | NYSPC |
| | Cash-Commerce-OP-DIP | 501063 | 2,057.00 | 05/12/10 | PROS R US | Pros R Us LTD |
| | Cash-Commerce-OP-DIP | 501064 | 16.21 | 05/12/10 | SHERIFF | Sheriff of Nassau County |
| | Cash-Commerce-OP-DIP | 501065 | 487.54 | 05/13/10 | AT&T MOBIL | AT&T Mobility |
| | Cash-Commerce-OP-DIP | 501066 | 2,505.00 | 05/13/10 | AVIONTE | Avionte |
| | Cash-Commerce-OP-DIP | 501067 | 11,024.76 | 05/13/10 | BODNER | Bodner & O'Rourke, LLP |
| | Cash-Commerce-OP-DIP | 501068 | 3,593.56 | 05/13/10 | LIGHTPATH | Cablevision Lightpath, Inc |
| | Cash-Commerce-OP-DIP | 501069 | 93.74 | 05/13/10 | HEALTH AFF | Center for Health Affairs |
| | Cash-Commerce-OP-DIP | 501070 | 250.00 | 05/13/10 | STATE DELA | Delaware Secretary of State |
| | Cash-Commerce-OP-DIP | 501071 | 68.48 | 05/13/10 | TRIQUET | Gemma Triquet |

AP170200

**Greystone New York**
**Check Register**

Page 2

18:00:42  5 Aug 2010

| Operator Selection: | Beginning Cash Account: | ALL | Ending Cash Account: | | |
|---|---|---|---|---|---|
| | Beginning Check Number: | ALL | Ending Check Number: | | |
| | Beginning Check Date: | 05/05/10 | Ending Check Date: | 08/05/10 | |

| Cash Account | | Check Number | | Check Amount | Check Date | Vendor Code | Payee |
|---|---|---|---|---|---|---|---|
| | Cash-Commerce-OP-DIP | 501072 | | 78.35 | 05/13/10 | MISSIRLIAN H | Heather Missirlian |
| | Cash-Commerce-OP-DIP | 501073 | ** VOID ** | .00 | 05/13/10 | FRIEDMAN | Jack Friedman |
| | Cash-Commerce-OP-DIP | 501074 | | 184.48 | 05/13/10 | PETTINELLI L | Lisa Pettinelli |
| | Cash-Commerce-OP-DIP | 501075 | | 1,060.80 | 05/13/10 | SANNA | Sanna Mattson MacLeod, Inc |
| 1062-01-01 | Cash-Commerce-OP-DIP | 501076 | | 380.00 | 05/13/10 | COMMERCE | TD Bank |
| | Cash-Commerce-OP-DIP | 501077 | | 199.28 | 05/13/10 | VERIZON NJ | Verizon |
| | Cash-Commerce-OP-DIP | 501078 | | 357.94 | 05/13/10 | VERIZON CELL | Verizon Wireless |
| | Cash-Commerce-OP-DIP | 501079 | | 491.48 | 05/13/10 | WARNER | Wendy Warner |
| | Cash-Commerce-OP-DIP | 501080 | | 44.27 | 05/19/10 | LANZO MIC | Michael Lanzo, Trustee |
| | Cash-Commerce-OP-DIP | 501081 | | 453.75 | 05/19/10 | YASSO MIC | Michael Yasso |
| | Cash-Commerce-OP-DIP | 501082 | | 63.00 | 05/19/10 | NEW YORK SCU | NYSPC |
| | Cash-Commerce-OP-DIP | 501083 | | 1,508.25 | 05/19/10 | PROS R US | Pros R Us LTD |
| | Cash-Commerce-OP-DIP | 501084 | | 31.92 | 05/19/10 | SHERIFF | Sheriff of Nassau County |
| | Cash-Commerce-OP-DIP | 501085 | | 7,825.36 | 05/20/10 | ACE | ACE USA |
| | Cash-Commerce-OP-DIP | 501086 | | 545.80 | 05/20/10 | COLLINS BRI | Brian Collins |
| | Cash-Commerce-OP-DIP | 501087 | | 77.49 | 05/20/10 | EDP DENTAL | EDP Dental Plan |
| | Cash-Commerce-OP-DIP | 501088 | | 45.20 | 05/20/10 | TRIQUET | Gemma Triquet |
| | Cash-Commerce-OP-DIP | 501089 | | 1,542.48 | 05/20/10 | GLENN-SCOTT | Glenn-Scott Landscaping |
| | Cash-Commerce-OP-DIP | 501090 | | 1,000.00 | 05/20/10 | GREENSPAN | Greenspan Associates, CPAs, PC |
| | Cash-Commerce-OP-DIP | 501091 | | 113.85 | 05/20/10 | MISSIRLIAN H | Heather Missirlian |
| | Cash-Commerce-OP-DIP | 501092 | | 143.31 | 05/20/10 | PETTINELLI L | Lisa Pettinelli |
| | Cash-Commerce-OP-DIP | 501093 | | 1,500.00 | 05/20/10 | MCBREEN | McBreen & Kopko |
| | Cash-Commerce-OP-DIP | 501094 | | 3,977.80 | 05/20/10 | NY BLOOD | New York Blood Center |
| | Cash-Commerce-OP-DIP | 501095 | | 708.79 | 05/20/10 | TSIOKOS NIC | Nicholas Tsiokos |
| | Cash-Commerce-OP-DIP | 501096 | | 3,000.00 | 05/20/10 | PRES PLUS | Presentations Plus, Inc |
| | Cash-Commerce-OP-DIP | 501097 | | 602.87 | 05/20/10 | PRO CLEANING | Professional Cleaning People, Inc |
| | Cash-Commerce-OP-DIP | 501098 | | 153.60 | 05/20/10 | BLADES TEN | Tenesha Blades |
| | Cash-Commerce-OP-DIP | 501099 | | 188.43 | 05/20/10 | WARNER | Wendy Warner |
| | Cash-Commerce-OP-DIP | 501100 | | 44.27 | 05/26/10 | LANZO MIC | Michael Lanzo, Trustee |
| | Cash-Commerce-OP-DIP | 501101 | | 192.50 | 05/26/10 | YASSO MIC | Michael Yasso |
| | Cash-Commerce-OP-DIP | 501102 | | 63.00 | 05/26/10 | NEW YORK SCU | NYSPC |
| | Cash-Commerce-OP-DIP | 501103 | | 1,530.75 | 05/26/10 | PROS R US | Pros R Us LTD |
| | Cash-Commerce-OP-DIP | 501104 | | 30.19 | 05/26/10 | SHERIFF | Sheriff of Nassau County |
| | Cash-Commerce-OP-DIP | 501105 | | 4,602.54 | 05/27/10 | BODNER | Bodner & O'Rourke, LLP |
| | Cash-Commerce-OP-DIP | 501106 | | 3,577.39 | 05/27/10 | LIGHTPATH | Cablevision Lightpath, Inc |
| | Cash-Commerce-OP-DIP | 501107 | | 30.47 | 05/27/10 | COHEN JAR | Jarrad Cohen |
| | Cash-Commerce-OP-DIP | 501108 | | 1,294.85 | 05/27/10 | COTTAGE | Kim Cottage |
| | Cash-Commerce-OP-DIP | 501109 | | 733.95 | 05/27/10 | GIUDICE MAR | Maria Giudice |
| | Cash-Commerce-OP-DIP | 501110 | | 1,988.60 | 05/27/10 | SANNA | Sanna Mattson MacLeod, Inc |
| | Cash-Commerce-OP-DIP | 501111 | | 1,457.12 | 05/27/10 | SILVERMAN | Silverman Perlstein & Acampora LLP |
| | Cash-Commerce-OP-DIP | 501112 | | 15.60 | 05/27/10 | WINTERS STE | Stephanie Winters |
| | Cash-Commerce-OP-DIP | 501113 | | 380.00 | 05/27/10 | COMMERCE | TD Bank |
| | Cash-Commerce-OP-DIP | 501114 | | 149.50 | 05/27/10 | WARNER | Wendy Warner |
| | Cash-Commerce-OP-DIP | 501115 | | 804.13 | 06/01/10 | CHASEP | Chase Automotive Finance |
| | Cash-Commerce-OP-DIP | 501116 | | 195.83 | 06/01/10 | FIRST UNUM | First Unum |
| | Cash-Commerce-OP-DIP | 501117 | | 5,953.70 | 06/01/10 | HIP | HIP |
| | Cash-Commerce-OP-DIP | 501118 | | 500.60 | 06/01/10 | CHARLES ROSE | Law Offices Charles A. Rosen |
| | Cash-Commerce-OP-DIP | 501119 | | 485.85 | 06/01/10 | M&T BANK | M&T Bank |

AP170200

**Greystone New York**
**Check Register**

Page 3

18:00:42  5 Aug 2010

| Operator Selection: | Beginning Cash Account: | ALL | Ending Cash Account: | |
|---|---|---|---|---|
| | Beginning Check Number: | ALL | Ending Check Number: | ALL |
| | Beginning Check Date: | 05/05/10 | Ending Check Date: | 08/05/10 |

| Cash Account | | Check Number | Check Amount | Check Date | Vendor Code | Payee |
|---|---|---|---|---|---|---|
| | Cash-Commerce-OP-DIP | 501120 | 2,236.54 | 06/01/10 | MICRO OFFICE | Micro Office Management LLC |
| | Cash-Commerce-OP-DIP | 501121 | 40.40 | 06/02/10 | LANZO MIC | Michael Lanzo, Trustee |
| | Cash-Commerce-OP-DIP | 501122 | 275.00 | 06/02/10 | YASSO MIC | Michael Yasso |
| | Cash-Commerce-OP-DIP | 501123 | 63.00 | 06/02/10 | NEW YORK SCU | NYSPC |
| | Cash-Commerce-OP-DIP | 501124 | 1,482.00 | 06/02/10 | PROS R US | Pros R Us LTD |
| | Cash-Commerce-OP-DIP | 501125 | 35.36 | 06/02/10 | SHERIFF | Sheriff of Nassau County |
| | Cash-Commerce-OP-DIP | 501126 | 132.94 | 06/03/10 | AFLAC | Aflac |
| 1062-01-01 | Cash-Commerce-OP-DIP | 501127 | 12.40 | 06/03/10 | WIDRO | Arnold Widro |
| | Cash-Commerce-OP-DIP | 501128 | 199.20 | 06/03/10 | ASSURANT EMP | Assurant Employee Benefits |
| | Cash-Commerce-OP-DIP | 501129 | 150.00 | 06/03/10 | BURNS CLA | Clare Burns |
| | Cash-Commerce-OP-DIP | 501130 | 7.48 | 06/03/10 | SCARCIA COS | Costantino Scarcia |
| | Cash-Commerce-OP-DIP | 501131 | 308.21 | 06/03/10 | WILLIAMS DAV | David Williams |
| | Cash-Commerce-OP-DIP | 501132 | 5,953.70 | 06/03/10 | HIP | HIP |
| | Cash-Commerce-OP-DIP | 501133 | 58.70 | 06/03/10 | COHEN JAR | Jarrad Cohen |
| | Cash-Commerce-OP-DIP | 501134 | 13.70 | 06/03/10 | LIPA | LIPA |
| | Cash-Commerce-OP-DIP | 501135 | 302.03 | 06/03/10 | LIPA | LIPA |
| | Cash-Commerce-OP-DIP | 501136 | 1,510.66 | 06/03/10 | LIPA | LIPA |
| | Cash-Commerce-OP-DIP | 501137 | 1,468.72 | 06/03/10 | METLIFE | Metlife SBC |
| | Cash-Commerce-OP-DIP | 501138 | 170.16 | 06/03/10 | KEYSPAN | National Grid |
| | Cash-Commerce-OP-DIP | 501139 | 5.37 | 06/03/10 | NVA | National Vision Administrators, LLC |
| | Cash-Commerce-OP-DIP | 501140 | 137.01 | 06/03/10 | TSIOKOS NIC | Nicholas Tsiokos |
| | Cash-Commerce-OP-DIP | 501141 | 852.02 | 06/03/10 | BROADLANE | Prolucent |
| | Cash-Commerce-OP-DIP | 501142 | 5,000.00 | 06/03/10 | SANNA | Sanna Mattson MacLeod, Inc |
| | Cash-Commerce-OP-DIP | 501143 | 247.87 | 06/03/10 | WARNER | Wendy Warner |
| | Cash-Commerce-OP-DIP | 501144 | 45.95 | 06/09/10 | LANZO MIC | Michael Lanzo, Trustee |
| | Cash-Commerce-OP-DIP | 501145 | 220.00 | 06/09/10 | YASSO MIC | Michael Yasso |
| | Cash-Commerce-OP-DIP | 501146 | 63.00 | 06/09/10 | NEW YORK SCU | NYSPC |
| | Cash-Commerce-OP-DIP | 501147 | 2,686.15 | 06/09/10 | PROS R US | Pros R Us LTD |
| | Cash-Commerce-OP-DIP | 501148 | 35.69 | 06/09/10 | SHERIFF | Sheriff of Nassau County |
| | Cash-Commerce-OP-DIP | 502000 | 150.00 | 06/10/10 | US TRES TSD | US Treasury |
| | Cash-Commerce-OP-DIP | 502001 | 150.00 | 06/10/10 | US TRES TSD | US Treasury |
| | Cash-Commerce-OP-DIP | 502002 | 150.00 | 06/10/10 | US TRES TSD | US Treasury |
| | Cash-Commerce-OP-DIP | 502003 | 150.00 | 06/10/10 | US TRES TSD | US Treasury |
| | Cash-Commerce-OP-DIP | 502004 | 750.00 | 06/10/10 | US TRES TSD | US Treasury |
| | Cash-Commerce-OP-DIP | 502005 | 750.00 | 06/10/10 | US TRES TSD | US Treasury |
| | Cash-Commerce-OP-DIP | 502006 | 750.00 | 06/10/10 | US TRES TSD | US Treasury |
| | Cash-Commerce-OP-DIP | 502007 | 750.00 | 06/10/10 | US TRES TSD | US Treasury |
| | Cash-Commerce-OP-DIP | 502012 | 108.53 | 06/10/10 | HEALTH AFF | Center for Health Affairs |
| | Cash-Commerce-OP-DIP | 502013 | 23.20 | 06/10/10 | TRIQUET | Gemma Triquet |
| | Cash-Commerce-OP-DIP | 502014 | 152.08 | 06/10/10 | GLENN-SCOTT | Glenn-Scott Landscaping |
| | Cash-Commerce-OP-DIP | 502015 | 35.20 | 06/10/10 | COHEN JAR | Jarrad Cohen |
| | Cash-Commerce-OP-DIP | 502016 | 294.25 | 06/10/10 | PETTINELLI L | Lisa Pettinelli |
| | Cash-Commerce-OP-DIP | 502017 | 150.00 | 06/10/10 | FILOCAMO L | Lori Filocamo |
| | Cash-Commerce-OP-DIP | 502018 | 329.46 | 06/10/10 | GIUDICE MAR | Maria Giudice |
| | Cash-Commerce-OP-DIP | 502019 | 1,859.50 | 06/10/10 | SANNA | Sanna Mattson MacLeod, Inc |

## Greystone New York
## Check Register

| Operator Selection: | Beginning Cash Account: | ALL | Ending Cash Account: | |
|---|---|---|---|---|
| | Beginning Check Number: | ALL | Ending Check Number: | |
| | Beginning Check Date: | 05/05/10 | Ending Check Date: | 08/05/10 |

| Cash Account | | Check Number | Check Amount | Check Date | Vendor Code | Payee |
|---|---|---|---|---|---|---|
| | **Total for Account 1062-01-01:** | | 171,201.49 | | | |
| 1063-01-01 | GGS Cash-Commerce-OP | 1135M | 3,461.58 | 06/21/10 | KESTENBAUM | Kestenbaum & Mark |
| | GGS Cash-Commerce-OP | 1138M | 25.00 | 06/30/10 | DIV CONSUMER | Division of Consumer Affairs |
| | GGS Cash-Commerce-OP | 060110M | 16,491.74 | 06/01/10 | AM EX IT | American Express IT |
| | GGS Cash-Commerce-OP | 502008 | 380.00 | 06/10/10 | COMMERCE | TD Bank |
| | GGS Cash-Commerce-OP | 502009 | 216.58 | 06/10/10 | VERIZON NJ | Verizon |
| | GGS Cash-Commerce-OP | 502010 | 348.53 | 06/10/10 | VERIZON CELL | Verizon Wireless |
| | GGS Cash-Commerce-OP | 502011 | 225.67 | 06/10/10 | WARNER | Wendy Warner |
| | GGS Cash-Commerce-OP | 502020 | 44.27 | 06/16/10 | LANZO MIC | Michael Lanzo, Trustee |
| | GGS Cash-Commerce-OP | 502021 | 247.50 | 06/16/10 | YASSO MIC | Michael Yasso |
| | GGS Cash-Commerce-OP | 502022 | 63.00 | 06/16/10 | NEW YORK SCU | NYSPC |
| 1063-01-01 | GGS Cash-Commerce-OP | 502023 | 2,759.25 | 06/16/10 | PROS R US | Pros R Us LTD |
| | GGS Cash-Commerce-OP | 502024 | 35.36 | 06/16/10 | SHERIFF | Sheriff of Nassau County |
| | GGS Cash-Commerce-OP | 502025 | 7,825.35 | 06/17/10 | ACE | ACE USA |
| | GGS Cash-Commerce-OP | 502026 | 422.92 | 06/17/10 | AT&T MOBIL | AT&T Mobility |
| | GGS Cash-Commerce-OP | 502027 | 35.64 | 06/17/10 | WIDRO | Arnold Widro |
| | GGS Cash-Commerce-OP | 502028 | 244.00 | 06/17/10 | BWD | BWD Group LLC |
| | GGS Cash-Commerce-OP | 502029 | 175.00 | 06/17/10 | DIV CONSUMER | Division of Consumer Affairs |
| | GGS Cash-Commerce-OP | 502030 | 500.00 | 06/17/10 | DIV CONSUMER | Division of Consumer Affairs |
| | GGS Cash-Commerce-OP | 502031 | 125.00 | 06/17/10 | WEINBERG GER | Gerald Weinberg, P.C. |
| | GGS Cash-Commerce-OP | 502032 | 1,000.00 | 06/17/10 | GREENSPAN | Greenspan Associates, CPAs, PC |
| | GGS Cash-Commerce-OP | 502033 | 21.60 | 06/17/10 | COHEN JAR | Jarrad Cohen |
| | GGS Cash-Commerce-OP | 502034 | 49.05 | 06/17/10 | BOROWSKI KAT | Kathryn Borowski |
| | GGS Cash-Commerce-OP | 502035 | 458.73 | 06/17/10 | PETTINELLI L | Lisa Pettinelli |
| | GGS Cash-Commerce-OP | 502036 | 4,726.00 | 06/17/10 | LITTLER | Littler Mendelson, PC |
| | GGS Cash-Commerce-OP | 502037 | 159.74 | 06/17/10 | GIUDICE MAR | Maria Giudice |
| | GGS Cash-Commerce-OP | 502038 | 157.51 | 06/17/10 | MAXIM NET | Maxim Networx |
| | GGS Cash-Commerce-OP | 502039 | 1,500.00 | 06/17/10 | MCBREEN | McBreen & Kopko |
| | GGS Cash-Commerce-OP | 502040 | 14,782.59 | 06/17/10 | PRES PLUS | Presentations Plus, Inc |
| | GGS Cash-Commerce-OP | 502041 | 602.87 | 06/17/10 | PRO CLEANING | Professional Cleaning People, Inc |
| | GGS Cash-Commerce-OP | 502042 | 100.00 | 06/17/10 | SHRM-LI | SHRM-LI |
| | GGS Cash-Commerce-OP | 502043 | 195.20 | 06/17/10 | BLADES TEN | Tenesha Blades |
| | GGS Cash-Commerce-OP | 502044 | 216.54 | 06/17/10 | WARNER | Wendy Warner |
| | GGS Cash-Commerce-OP | 502045 | 44.27 | 06/23/10 | LANZO MIC | Michael Lanzo, Trustee |
| | GGS Cash-Commerce-OP | 502046 | 220.00 | 06/23/10 | YASSO MIC | Michael Yasso |
| | GGS Cash-Commerce-OP | 502047 | 63.00 | 06/23/10 | NEW YORK SCU | NYSPC |
| | GGS Cash-Commerce-OP | 502048 | 2,101.13 | 06/23/10 | PROS R US | Pros R Us LTD |
| | GGS Cash-Commerce-OP | 502049 | 31.92 | 06/23/10 | SHERIFF | Sheriff of Nassau County |
| | GGS Cash-Commerce-OP | 502050 | 302.00 | 06/24/10 | NEW YORK WAT | Aqua New York |
| | GGS Cash-Commerce-OP | 502051 | 3,529.69 | 06/24/10 | LIGHTPATH | Cablevision Lightpath, Inc |
| | GGS Cash-Commerce-OP | 502052 | 143.00 | 06/24/10 | MISSIRLIAN H | Heather Missirlian |
| | GGS Cash-Commerce-OP | 502053 | 196.20 | 06/24/10 | COHEN JAR | Jarrad Cohen |
| | GGS Cash-Commerce-OP | 502054 | 70.66 | 06/24/10 | BOROWSKI KAT | Kathryn Borowski |
| | GGS Cash-Commerce-OP | 502055 | 154.44 | 06/24/10 | PETTINELLI L | Lisa Pettinelli |
| | GGS Cash-Commerce-OP | 502056 | 157.51 | 06/24/10 | MAXIM NET | Maxim Networx |
| | GGS Cash-Commerce-OP | 502057 | 3,169.00 | 06/24/10 | PRES PLUS | Presentations Plus, Inc |

# Greystone New York
## Check Register

| Operator Selection: | Beginning Cash Account: | ALL | Ending Cash Account: | |
|---|---|---|---|---|
| | Beginning Check Number: | ALL | Ending Check Number: | |
| | Beginning Check Date: | 05/05/10 | Ending Check Date: | 08/05/10 |

| Cash Account | | Check Number | Check Amount | Check Date | Vendor Code | Payee |
|---|---|---|---|---|---|---|
| | GGS Cash-Commerce-OP | 502058 | 752.98 | 06/24/10 | BROADLANE | Prolucent |
| | GGS Cash-Commerce-OP | 502059 | 2,565.30 | 06/24/10 | SANNA | Sanna Mattson MacLeod, Inc |
| | GGS Cash-Commerce-OP | 502060 | 1,316.48 | 06/24/10 | STATE FARM | State Farm Ins |
| | GGS Cash-Commerce-OP | 502061 | 380.00 | 06/24/10 | COMMERCE | TD Bank |
| | GGS Cash-Commerce-OP | 502062 | 201.60 | 06/24/10 | WARNER | Wendy Warner |
| | GGS Cash-Commerce-OP | 502063 | 2,669.85 | 06/24/10 | WILLIAM PENN | William Penn Life Insurance Co |
| | GGS Cash-Commerce-OP | 502064 | 132.94 | 07/01/10 | AFLAC | Aflac |
| | GGS Cash-Commerce-OP | 502065 | 804.13 | 07/01/10 | CHASEP | Chase Automotive Finance |
| | GGS Cash-Commerce-OP | 502066 | 195.83 | 07/01/10 | FIRST UNUM | First Unum |
| | GGS Cash-Commerce-OP | 502067 | 485.85 | 07/01/10 | M&T BANK | M&T Bank |
| | GGS Cash-Commerce-OP | 502068 | 959.36 | 07/01/10 | METLIFE | Metlife SBC |
| | GGS Cash-Commerce-OP | 502069 | 2,236.54 | 07/01/10 | MICRO OFFICE | Micro Office Management LLC |
| | GGS Cash-Commerce-OP | 502070 | 44.27 | 06/30/10 | LANZO MIC | Michael Lanzo, Trustee |
| | GGS Cash-Commerce-OP | 502071 | 110.00 | 06/30/10 | YASSO MIC | Michael Yasso |
| | GGS Cash-Commerce-OP | 502072 | 63.00 | 06/30/10 | NEW YORK SCU | NYSPC |
| | GGS Cash-Commerce-OP | 502073 | 3,037.13 | 06/30/10 | PROS R US | Pros R Us LTD |
| 1063-01-01 | GGS Cash-Commerce-OP | 502074 | 31.05 | 06/30/10 | SHERIFF | Sheriff of Nassau County |
| | GGS Cash-Commerce-OP | 502075 | 122.75 | 07/01/10 | ASSURANT EMP | Assurant Employee Benefits |
| | GGS Cash-Commerce-OP | 502076 | 4,409.00 | 07/01/10 | BWD | BWD Group LLC |
| | GGS Cash-Commerce-OP | 502077 | 150.00 | 07/01/10 | SCHWENDEMANN | Edward Schwendemann |
| | GGS Cash-Commerce-OP | 502078 | 731.77 | 07/01/10 | COTTAGE | Kim Cottage |
| | GGS Cash-Commerce-OP | 502079 | 502.04 | 07/01/10 | CHARLES ROSE | Law Offices Charles A. Rosen |
| | GGS Cash-Commerce-OP | 502080 | 5.37 | 07/01/10 | NVA | National Vision Administrators, LLC |
| | GGS Cash-Commerce-OP | 502081 | 150.00 | 07/01/10 | FRANCOME RUS | Russ Francome |
| | GGS Cash-Commerce-OP | 502082 | 55.00 | 07/01/10 | WARNER | Wendy Warner |
| | GGS Cash-Commerce-OP | 502083 | 44.27 | 07/07/10 | LANZO MIC | Michael Lanzo, Trustee |
| | GGS Cash-Commerce-OP | 502084 | 206.25 | 07/07/10 | YASSO MIC | Michael Yasso |
| | GGS Cash-Commerce-OP | 502085 | 63.00 | 07/07/10 | NEW YORK SCU | NYSPC |
| | GGS Cash-Commerce-OP | 502086 | 1,491.75 | 07/07/10 | PROS R US | Pros R Us LTD |
| | GGS Cash-Commerce-OP | 502087 | 31.92 | 07/07/10 | SHERIFF | Sheriff of Nassau County |
| | GGS Cash-Commerce-OP | 502088 | 10,502.93 | 07/08/10 | AVIONTE | Avionte |
| | GGS Cash-Commerce-OP | 502089 | 612.94 | 07/08/10 | BODNER | Bodner & O'Rourke, LLP |
| | GGS Cash-Commerce-OP | 502090 ** VOID ** | .00 | 07/08/10 | ELM | Elm Air Conditioning Corp |
| | GGS Cash-Commerce-OP | 502091 | 64.68 | 07/08/10 | MISSIRLIAN H | Heather Missirlian |
| | GGS Cash-Commerce-OP | 502092 | 31.20 | 07/08/10 | COHEN JAR | Jarrad Cohen |
| | GGS Cash-Commerce-OP | 502093 | 302.99 | 07/08/10 | LIPA | LIPA |
| | GGS Cash-Commerce-OP | 502094 | 2,612.68 | 07/08/10 | LIPA | LIPA |
| | GGS Cash-Commerce-OP | 502095 | 14.16 | 07/08/10 | LIPA | LIPA |
| | GGS Cash-Commerce-OP | 502096 | 1,500.00 | 07/08/10 | TKO | TKO Systems, Ltd |
| | GGS Cash-Commerce-OP | 502097 | 179.77 | 07/08/10 | VERIZON NJ | Verizon |
| | GGS Cash-Commerce-OP | 502098 | 2,669.85 | 07/08/10 | WILLIAM PENN | William Penn Life Insurance Co |
| | GGS Cash-Commerce-OP | 502099 | 41.82 | 07/14/10 | LANZO MIC | Michael Lanzo, Trustee |
| | GGS Cash-Commerce-OP | 502100 | 178.75 | 07/14/10 | YASSO MIC | Michael Yasso |
| | GGS Cash-Commerce-OP | 502101 | 63.00 | 07/14/10 | NEW YORK SCU | NYSPC |
| | GGS Cash-Commerce-OP | 502102 | 1,998.75 | 07/14/10 | PROS R US | Pros R Us LTD |
| | GGS Cash-Commerce-OP | 502103 | 27.04 | 07/14/10 | SHERIFF | Sheriff of Nassau County |
| | GGS Cash-Commerce-OP | 502104 | 7,825.36 | 07/15/10 | ACE | ACE USA |
| | GGS Cash-Commerce-OP | 502105 | 444.90 | 07/15/10 | AT&T MOBIL | AT&T Mobility |

AP170200

**Greystone New York**
**Check Register**

Page 6

18:00:42  5 Aug 2010

| Operator Selection: | Beginning Cash Account: | ALL | Ending Cash Account: | |
|---|---|---|---|---|
| | Beginning Check Number: | ALL | Ending Check Number: | |
| | Beginning Check Date: | 05/05/10 | Ending Check Date: | 08/05/10 |

| Cash Account | | Check Number | Check Amount | Check Date | Vendor Code | Payee |
|---|---|---|---|---|---|---|
| | GGS Cash-Commerce-OP | 502106 | 9.00 | 07/15/10 | DEPARTMENT | Department of State |
| | GGS Cash-Commerce-OP | 502107 | 54.42 | 07/15/10 | EDP DENTAL | EDP Dental Plan |
| | GGS Cash-Commerce-OP | 502108 | 152.08 | 07/15/10 | GLENN-SCOTT | Glenn-Scott Landscaping |
| | GGS Cash-Commerce-OP | 502109 | 54.00 | 07/15/10 | MISSIRLIAN H | Heather Missirlian |
| | GGS Cash-Commerce-OP | 502110 | 561.23 | 07/15/10 | FRIEDMAN | Jack Friedman |
| | GGS Cash-Commerce-OP | 502111 | 35.20 | 07/15/10 | COHEN JAR | Jarrad Cohen |
| | GGS Cash-Commerce-OP | 502112 | 278.16 | 07/15/10 | PETTINELLI L | Lisa Pettinelli |
| | GGS Cash-Commerce-OP | 502113 | 389.17 | 07/15/10 | TSIOKOS NIC | Nicholas Tsiokos |
| | GGS Cash-Commerce-OP | 502114 | 602.87 | 07/15/10 | PRO CLEANING | Professional Cleaning People, Inc |
| | GGS Cash-Commerce-OP | 502115 | 380.00 | 07/15/10 | COMMERCE | TD Bank |
| | GGS Cash-Commerce-OP | 502116 | 263.10 | 07/15/10 | BLADES TEN | Tenesha Blades |
| | GGS Cash-Commerce-OP | 502117 | 348.53 | 07/15/10 | VERIZON CELL | Verizon Wireless |
| | GGS Cash-Commerce-OP | 502118 | 364.96 | 07/15/10 | WARNER | Wendy Warner |
| | GGS Cash-Commerce-OP | 502119 | 36.53 | 07/21/10 | LANZO MIC | Michael Lanzo, Trustee |
| | GGS Cash-Commerce-OP | 502120 | 165.00 | 07/21/10 | YASSO MIC | Michael Yasso |
| | GGS Cash-Commerce-OP | 502121 | 63.00 | 07/21/10 | NEW YORK SCU | NYSPC |
| | GGS Cash-Commerce-OP | 502122 | 2,422.88 | 07/21/10 | PROS R US | Pros R Us LTD |
| | GGS Cash-Commerce-OP | 502123 | 35.36 | 07/21/10 | SHERIFF | Sheriff of Nassau County |
| | GGS Cash-Commerce-OP | 502124 | 3,498.92 | 07/22/10 | LIGHTPATH | Cablevision Lightpath, Inc |
| 1063-01-01 | GGS Cash-Commerce-OP | 502125 | 36.00 | 07/22/10 | TRIQUET | Gemma Triquet |
| | GGS Cash-Commerce-OP | 502126 | 1,000.00 | 07/22/10 | GREENSPAN | Greenspan Associates, CPAs, PC |
| | GGS Cash-Commerce-OP | 502127 | 17.60 | 07/22/10 | COHEN JAR | Jarrad Cohen |
| | GGS Cash-Commerce-OP | 502128 | 5,429.50 | 07/22/10 | LITTLER | Littler Mendelson, PC |
| | GGS Cash-Commerce-OP | 502129 | 421.38 | 07/22/10 | GIUDICE MAR | Maria Giudice |
| | GGS Cash-Commerce-OP | 502130 | 1,500.00 | 07/22/10 | MCBREEN | McBreen & Kopko |
| | GGS Cash-Commerce-OP | 502131 | 331.07 | 07/22/10 | WARNER | Wendy Warner |
| | GGS Cash-Commerce-OP | 502132 | 44.27 | 07/28/10 | LANZO MIC | Michael Lanzo, Trustee |
| | GGS Cash-Commerce-OP | 502133 | 302.50 | 07/28/10 | YASSO MIC | Michael Yasso |
| | GGS Cash-Commerce-OP | 502134 | 63.00 | 07/28/10 | NEW YORK SCU | NYSPC |
| | GGS Cash-Commerce-OP | 502135 | 1,954.88 | 07/28/10 | PROS R US | Pros R Us LTD |
| | GGS Cash-Commerce-OP | 502136 | 29.32 | 07/28/10 | SHERIFF | Sheriff of Nassau County |
| | GGS Cash-Commerce-OP | 502137 | 132.94 | 08/01/10 | AFLAC | Aflac |
| | GGS Cash-Commerce-OP | 502138 | 34.65 | 08/01/10 | WIDRO | Arnold Widro |
| | GGS Cash-Commerce-OP | 502139 | 250.01 | 08/01/10 | ASSURANT EMP | Assurant Employee Benefits |
| | GGS Cash-Commerce-OP | 502140 | 200.00 | 08/01/10 | BWD | BWD Group LLC |
| | GGS Cash-Commerce-OP | 502141 | 397.03 | 08/01/10 | BODNER | Bodner & O'Rourke, LLP |
| | GGS Cash-Commerce-OP | 502142 | 804.13 | 08/01/10 | CHASEP | Chase Automotive Finance |
| | GGS Cash-Commerce-OP | 502143 | 619.05 | 08/01/10 | ELM | Elm Air Conditioning Corp |
| | GGS Cash-Commerce-OP | 502144 | 330.67 | 08/01/10 | SALVATO ENR | Enrico Salvato |
| | GGS Cash-Commerce-OP | 502145 | 195.83 | 08/01/10 | FIRST UNUM | First Unum |
| | GGS Cash-Commerce-OP | 502146 | 5,953.70 | 08/01/10 | HIP | HIP |
| | GGS Cash-Commerce-OP | 502147 | 151.78 | 08/01/10 | MISSIRLIAN H | Heather Missirlian |
| | GGS Cash-Commerce-OP | 502148 | 259.86 | 08/01/10 | COHEN JAR | Jarrad Cohen |
| | GGS Cash-Commerce-OP | 502149 | 41.70 | 08/01/10 | BOROWSKI KAT | Kathryn Borowski |
| | GGS Cash-Commerce-OP | 502150 | 510.92 | 08/01/10 | CHARLES ROSE | Law Offices Charles A. Rosen |
| | GGS Cash-Commerce-OP | 502151 | 289.35 | 08/01/10 | PETTINELLI L | Lisa Pettinelli |
| | GGS Cash-Commerce-OP | 502152 | 485.85 | 08/01/10 | M&T BANK | M&T Bank |
| | GGS Cash-Commerce-OP | 502153 | 2,072.74 | 08/01/10 | METLIFE | Metlife SBC |

AP170200

**Greystone New York**
**Check Register**

| Operator Selection: | Beginning Cash Account: | ALL | Ending Cash Account: | |
| | Beginning Check Number: | ALL | Ending Check Number: | |
| | Beginning Check Date: | 05/05/10 | Ending Check Date: | 08/05/10 |

| Cash Account | | Check Number | Check Amount | Check Date | Vendor Code | Payee |
|---|---|---|---|---|---|---|
| | GGS Cash-Commerce-OP | 502154 | 2,236.54 | 08/01/10 | MICRO OFFICE | Micro Office Management LLC |
| | GGS Cash-Commerce-OP | 502155 | 5.37 | 08/01/10 | NVA | National Vision Administrators, LLC |
| | GGS Cash-Commerce-OP | 502156 | 32.59 | 08/01/10 | PRES PLUS | Presentations Plus, Inc |
| | GGS Cash-Commerce-OP | 502157 | 2,477.00 | 08/01/10 | SANNA | Sanna Mattson MacLeod, Inc |
| | GGS Cash-Commerce-OP | 502158 | 380.00 | 08/01/10 | COMMERCE | TD Bank |
| | GGS Cash-Commerce-OP | 502159 | 274.00 | 08/01/10 | WARNER | Wendy Warner |
| | GGS Cash-Commerce-OP | 502160 | 36.53 | 08/04/10 | LANZO MIC | Michael Lanzo, Trustee |
| | GGS Cash-Commerce-OP | 502161 | 508.75 | 08/04/10 | YASSO MIC | Michael Yasso |
| | GGS Cash-Commerce-OP | 502162 | 63.00 | 08/04/10 | NEW YORK SCU | NYSPC |
| | GGS Cash-Commerce-OP | 502163 | 1,911.00 | 08/04/10 | PROS R US | Pros R Us LTD |
| | GGS Cash-Commerce-OP | 502164 | 38.84 | 08/04/10 | SHERIFF | Sheriff of Nassau County |
| | GGS Cash-Commerce-OP | 502165 | 1,140.56 | 08/05/10 | AULD | AULD Contracting Inc |
| | GGS Cash-Commerce-OP | 502166 | 11.41 | 08/05/10 | WIDRO | Arnold Widro |
| | GGS Cash-Commerce-OP | 502167 | 95.54 | 08/05/10 | KUDLEK BOB | Bobby Kudlek |
| | GGS Cash-Commerce-OP | 502168 | 36.00 | 08/05/10 | MISSIRLIAN H | Heather Missirlian |
| | GGS Cash-Commerce-OP | 502169 | 909.50 | 08/05/10 | ISLAND FED | Island Federal Credit Union |
| | GGS Cash-Commerce-OP | 502170 | 30.00 | 08/05/10 | COHEN JAR | Jarrad Cohen |
| | GGS Cash-Commerce-OP | 502171 | 1,763.93 | 08/05/10 | KESTENBAUM | Kestenbaum & Mark |
| | GGS Cash-Commerce-OP | 502172 | 542.46 | 08/05/10 | COTTAGE | Kim Cottage |
| | GGS Cash-Commerce-OP | 502173 | 328.00 | 08/05/10 | LIPA | LIPA |
| | GGS Cash-Commerce-OP | 502174 | 15.11 | 08/05/10 | LIPA | LIPA |
| | GGS Cash-Commerce-OP | 502175 | 872.91 | 08/05/10 | MISS LISA | Lisa Missirlian |
| 1063-01-01 | GGS Cash-Commerce-OP | 502176 | 349.63 | 08/05/10 | GIUDICE MAR | Maria Giudice |
| | GGS Cash-Commerce-OP | 502177 | 502.80 | 08/05/10 | REILLY SEA | Sean Reilly |
| | GGS Cash-Commerce-OP | 502178 | 380.00 | 08/05/10 | COMMERCE | TD Bank |
| | GGS Cash-Commerce-OP | 502179 | 192.37 | 08/05/10 | WARNER | Wendy Warner |

**Total for Account 1063-01-01:**      169,507.27

**Grand Total:**      340,708.76

PR062521

**Greystone NY Internal Payroll**
**Detail Register by Check by Employee**

Page 1

18:05:47  5 Aug 2010

**Period Ending:all -**                **Check Date:08/05/09 - 08/05/10**                **Employee: ALL**                **DD?   ALL**

| Employee | Hours | Gross | EIC | FWT | FICA | Cd | State | Cd | Local | Addl-NT | Cd | Deduct | Net Pay | Check # | Ck Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 113466573 | 1.00 | 3000.00 | .00 | 307.69 | 229.50 | NYT | 34.62 | | | .00 | DIS | 1.20 | 2426.99 | 642959D | 04/23/10 |
| Missirlian, Philip N | | | | | | | | | | | | | | | |
| 113466573 | 1.00 | 3000.00 | .00 | 307.69 | 229.50 | NYT | 34.62 | | | .00 | DIS | 1.20 | 2426.99 | 643503D | 05/07/10 |
| Missirlian, Philip N | | | | | | | | | | | | | | | |
| 113466573 | 1.00 | 3000.00 | .00 | 307.69 | 229.50 | NYT | 34.62 | | | .00 | DIS | 1.20 | 2426.99 | 644078D | 05/21/10 |
| Missirlian, Philip N | | | | | | | | | | | | | | | |
| 113466573 | 1.00 | 3000.00 | .00 | 307.69 | 229.50 | NYT | 34.62 | | | .00 | DIS | 1.20 | 2426.99 | 644685D | 06/04/10 |
| Missirlian, Philip N | | | | | | | | | | | | | | | |
| 113466573 | 1.00 | 3000.00 | .00 | 307.69 | 229.50 | NYT | 34.62 | | | .00 | DIS | 1.20 | 2426.99 | 645268D | 06/18/10 |
| Missirlian, Philip N | | | | | | | | | | | | | | | |
| 113466573 | 1.00 | 3000.00 | .00 | 307.69 | 229.50 | NYT | 34.62 | | | .00 | DIS | 1.20 | 2426.99 | 645786D | 07/02/10 |
| Missirlian, Philip N | | | | | | | | | | | | | | | |
| 113466573 | 1.00 | 3000.00 | .00 | 307.69 | 229.50 | NYT | 34.62 | | | .00 | DIS | 1.20 | 2426.99 | 646299D | 07/16/10 |
| Missirlian, Philip N | | | | | | | | | | | | | | | |
| 113466573 | 1.00 | 3000.00 | .00 | 307.69 | 229.50 | NYT | 34.62 | | | .00 | DIS | 1.20 | 2426.99 | 646756D | 07/30/10 |
| Missirlian, Philip N | | | | | | | | | | | | | | | |
| **Grand Total** | **8.00** | **24000.00** | **.00** | **2461.52** | **1836.00** | | **276.96** | | **.00** | **.00** | | **9.60** | **19415.92** | | |

The TAXES header spans the FWT, FICA, Cd, State columns: <---------- **T A X E S**  ---------:

# United States Bankruptcy Court
### Eastern District of New York

In re   GreyStone Staffing, Inc.            Case No. _____

                        Debtor(s)       Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept           $        10,000.00

      Prior to the filing of this statement I have received     $        10,000.00

      Balance Due                                  $            0.00

2.    The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
       Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    August  6, 2010                    /s/ Kenneth Reynolds

                                           Kenneth Reynolds
                                           McBreen & Kopko
                                           500 North Broadway
                                           Jericho, NY 11753
                                           516-364-1095  Fax: 516-364-0612

# United States Bankruptcy Court

## Eastern District of New York

In re    GreyStone Staffing, Inc.                                              ,         Case No. _____
                                                    Debtor

                                                                                Chapter _____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Philip Missirlian 1312 Court North Drive Melville, NY 11747 | Common | 100 | Equity |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____August  6, 2010_____          Signature_/s/ Philip Missirlian_____
                                                                 Philip Missirlian
                                                                 CEO

   *Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of New York

In re   GreyStone Staffing, Inc.                              Case No.

                                              Debtor(s)      Chapter    11

# VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    August  6, 2010               /s/ Philip Missirlian

                                                Philip Missirlian/CEO
                                                Signer/Title

Date:    August  6, 2010               /s/ Kenneth Reynolds

                                                Signature of Attorney
                                                Kenneth Reynolds
                                                McBreen & Kopko
                                                500 North Broadway
                                                Jericho, NY 11753
                                                516-364-1095   Fax: 516-364-0612

Cablevision
P.O. Box 360111
Pittsburgh, PA 15251


D&B
P.O. Box 75434
Chicago, IL 60675


Filter Fresh, Inc.
100-R E. Jefryn Blvd.
Deer Park, NY 11729


GreyStone Healthcare
Staffing of NY, LLC
6175 Sunrise Highway
Massapequa, NY 11758


GreyStone Healthcare
Staffing of NJ, LLC
6175 Sunrise Highway
Massapequa, NY 11758


GreyStone Healthcare
Staffing of Central Jerse
6175 Sunrise Highway
Massapequa, NY 11758


GreyStone Staffing of
Central Jersey, LLC
6175 Sunrise Highway
Massapequa, NY 11758


Heldma Group, LLC
6175 Sunrise Highway
Massapequa, NY 11758


Internal Revenue Service
10 Metro Tech Center
625 Fulton Street
Brooklyn, NY 11201


Internal Revenue Service
11601 Roosevelt Blvd.
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Karen Tenenbaum
225 Old Country Road
Melville, NY 11747


LIPA
P.O. Box 9039
Hicksville, NY 11802


LIPA
Attn: Elisa Pugliese, Esq
175 East Old Country Road
Hicksville, NY 11801


Micro Office
Solutions 2, LLC
1375 Broadway, 11th Floor
New York, NY 10018


New York State Department
of Taxation and Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-0300


New York State Office
of the Attorney General
120 Broadway, 22nd Floor
New York, NY 10271


NYS Department of Labor
Unemployment Division
W Averell Harriman Campus
Building 12, Room 256
Albany, NY 12240


NYS Dept. of Taxation
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205

NYS Dept. of Taxation
Bankruptcy Section Unit
W.A. Harriman Campus
Bldg Box Room 455
Albany, NY 12227


Pitney Bowes
P.O. Box 856460
Louisville, KY 40285


Prestige Capital Corp.
400 Kelby Street
14th Floor
Fort Lee, NJ 07024


REM
136 Manetto Hill Road
Plainview, NY 11803


Silverman Acampora
100 Jericho Turnpike
Suite 300


Vedder Price
1633 Broadway
47th Floor
New York, NY 10019


Xerox
P.O. Box 827598
Philadelphia, PA 19182

# United States Bankruptcy Court
### Eastern District of New York

In re   GreyStone Staffing, Inc.

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   GreyStone Staffing, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August  6, 2010

Date

/s/ Kenneth Reynolds

Kenneth Reynolds

Signature of Attorney or Litigant

Counsel for   GreyStone Staffing, Inc.

McBreen & Kopko
500 North Broadway
Jericho, NY 11753
516-364-1095 Fax:516-364-0612

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** GreyStone Staffing, Inc.                    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☒ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: __09-71715__   JUDGE: __Robert E. Grossman__   DISTRICT/DIVISION: __Eastern District of New York__

CASE STILL PENDING (Y/N): __N__          *[If closed]* Date of closing: _11/23/2009_

CURRENT STATUS OF RELATED CASE: __Dismissed_____
                                         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _Common Ownership_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

I am admitted to practice in the Eastern District of New York (Y/N):    Y

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

| | |
|---|---|
| Kenneth Reynolds<br>Signature of Debtor's Attorney<br>McBreen & Kopko<br>500 North Broadway<br>Jericho, NY 11753<br>516-364-1095 Fax:516-364-0612 | Signature of Pro Se Debtor/Petitioner |
| | Signature of Pro Se Joint Debtor/Petitioner |
| | Mailing Address of Debtor/Petitioner |
| | City, State, Zip Code |
| | Area Code and Telephone Number |

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy