# **SHAREHOLDER RESOLUTION**

  Philip Missirlian, the President and 100% Shareholder of GreyStone Staffing, Inc. (the "Company"), hereby adopts the following member resolution:

  RESOLVED, that Philip Missirlian, the sole and managing member of the Company, in the exercise of his business judgment and in his sole discretion, that it be desirable and in the best interest of the Company, its creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 et. seq., and that Philip Missirlian be and hereby is authorized on behalf of the Company in the Chapter 11 Case, to execute and file all petitions, schedules, lists and other documents and to take such action which he deems necessary and proper in the Chapter 11 Case, including, but not limited to retaining the firm of McBreen & Kopko to act as its Chapter 11 bankruptcy counsel.

Dated: August 9, 2010

                By: */s/ Philip Missirlian*
                   Philip Missirlian, Managing Member